# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| THOMAS GOSIER and VALERIE GOSIER, | : |
| Defendants, | : Case No. 6:05-CR-23 (WLS) |
| and | : |
| ANGELA FERRON, DANIEL GOSIER, QWENDOLYN GOSIER, RODNEY GOSIER, FELICIA RAFORD JONES, BERTHA MCCOGGLE, TERRANCE RAFORD, ANNIE MAE SNEED, BOBBY SNEED, EUGENE SNEED, JERRY SNEED, KENNETH SNEED, and GLORIA THOMAS, | : |
| Claimants | : |
| and | : |
| GREEN TREE SERVICING, LLC, | : |
| Claimant. | : |

## **ORDER**

On May 5, 2011 and July 16, 2013, the Court entered orders requiring claimants to property interests in the Preliminary Orders of Forfeiture for Valerie Gosier and Thomas Gosier to show cause that their petitions were timely filed. (Docs. 482, 491.) To

1

date, none of the claimants have complied with the Court's Orders. (*See* Docket.) Thus, after a review of the record, the Court concludes that Claimants' petitions were untimely filed and that Claimants forfeited any interest in the subject property. *See United States v. Marion*, 562 F.3d 1330, 1337 (11th Cir. 2009) ("If a third party chooses not to file a petition within the prescribed thirty days, however, she forfeits her interests in the property.").

For those reasons, the Preliminary Orders of Forfeiture are final, and the Government hereby has clear title to the property identified in the Preliminary Orders of Forfeiture. (Doc. 232, 306.) The Petition to Vacate Preliminary Order of Forfeiture (Doc. 336) is **DENIED**.

**SO ORDERED**, this ___13th___ day of December, 2013.

                                           /s/ W. Louis Sands_____
                                           **W. LOUIS SANDS, JUDGE**
                                           **UNITED STATES DISTRICT COURT**